UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT 1 5 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )        No.
vs.                                      )
                                         )
JUANELL CARTER,                          )        4:25CR532-HEA/SRW
                                         )
                    Defendant.           )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On August 26, 2025, in St. Louis County, within the Eastern District of Missouri,

**JUANELL CARTER,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more

crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm

that had traveled in interstate or foreign commerce during or prior to being in the Defendant's

possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.        Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28,

United States Code, Section 2461(c), upon conviction of an offense in violation of Title

18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to

the United States of America any firearm or ammunition involved in or used in said

violation(s).

2.     If any of the property described above, as a result of any act or omission of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
PAUL J. D'AGROSA
Assistant United States Attorney