IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CR-0532 HEA |
| | ) | |
| JUANELL CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF DEFENDANT'S ADDITIONAL SENTENCING LETTER**

Defendant, Juanell Carter, respectfully files the attached letters for the Court's consideration for sentencing on September 1, 2026. The letters are from the following individuals:

1. Juanell Carter

Respectfully submitted,

/s/ Tara *Crane*_____
TARA CRANE #52206 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Tara_Crane@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, the foregoing was filed electronically with the Clerk of the Court to be served via electronic mail to Paul D'Agrosa, Assistant United States Attorney.

/s/ *Tara Crane*___

TARA CRANE
Assistant Federal Public Defender