Dear, Judge Autrey August 1, 2026

First i want to say i take Full accountability For what i did, i own up to my wrongs. while incarcerated im going to complete any and every program able to help me move Forward. i always wanted to become a vetenerian or under water welder. when given The chance to get out i want two Jobs and save enough money to buy vending machines, cars i want to sell as rental cars. also iwant a detailing Buisness. i want to have kids and Start a Family. i have A great Family Support System. my Father has Been incarcerated but i have Been Forming a Strong Bond with him, as well. i graduated in Juventile 2yrs ago. i Feel The way i was Brought up Forced me to act way older Than i am, also Being in Such enviroment as This. i want you to Know im not a bad person. its Not much For me to say because i have Not Lived my life yet. i want you to take in consideration That my cases were Juvenile im Not violent and im 19yrs. i also want to ask iF its in your hands iF possible can you count all Time i have Been in Federal Custody. And can i be sent to a Lower Level prison i want my Time to be as smooth as possible i want to be a place with alot oF programs close to Home. i want to apologize to anyone i could've Harmed or Time i wasted.

From, Juanell Carter